| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
|   | United States Attorney |
| 2 | MARK E. CULLERS |
|   | Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401 |
|   | Fresno, CA 3721 |
| 4 | Telephone: (559) 497-4000 |
|   | Facsimile: (559) 497-4099 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:98-CR-05058 AWI |
| Plaintiff, | **ORDER DISMISSING INDICTMENT AS TO DEFENDANTS VICTOR LNU AND PEDRO SANCHEZ-LOPEZ** |
| v. | |
| JAVIER FLORES-LOPEZ, et al., | |
| Defendant. | |

For the reason set forth in the motion to dismiss filed by the United States, the Indictment against defendants **VICTOR LNU and PEDRO SANCHEZ-LOPEZ** is hereby DISMISSED and any outstanding arrest warrants are recalled.

IT IS SO ORDERED.

Dated:  August 20, 2013                          _____
                                                 SENIOR DISTRICT JUDGE

1